Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Nicole A. Naleway CA Bar No. 300701
nicole.naleway@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendants
Ashley Furniture Industries, LLC, f/k/a Ashley Furniture Industries, Inc. and Stoneledge Furniture, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| SEAN SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC. a Wisconsin Corporation; STONELEDGE FURNITURE LLC, a Wisconsin Limited Liability Company; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01053-DSF-SP<br><br>**DECLARATION OF NICOLE NALEWAY REGARDING ORDER TO SHOW CAUSE RE SANCTIONS**<br><br>Complaint Filed: April 23, 2021<br>Removal Date: June 23, 2021<br>Trial Date: None Set<br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Hon. Sheri Pym |

47982823_1.docx

Case No. 5:21-cv-01053-DSF-SP
DECLARATION OF NICOLE NALEWAY REGARDING ORDER TO SHOW CAUSE RE SANCTIONS

# DECLARATION OF NICOLE NALEWAY

I, Nicole Naleway, declare as follows:

1. I am an attorney duly licensed to practice before all of the Courts of the State of California. I am an associate attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendants Ashley Furniture Industries, LLC, f/k/a Ashley Furniture Industries, Inc. and Stoneledge Furniture, LLC ("Defendants") in this action.

2. Other than matters stated on information and belief, I have personal knowledge of the matters stated below, and if called as a witness, I would testify truthfully about those matters. As to any statements made on information and belief, I believe them to be true to the best of my knowledge and would so testify.

3. I am making this declaration per the Court's order on July 21, 2021 regarding the Order to Show Cause re Sanctions.

4. In anticipation of the scheduling conference that was previously scheduled for July 26, 2021, I participated in the required meet and confer meeting with Plaintiff's counsel Azad M. Marvazy and Alireza Alivandivafa via telephone call on July 1, 2021. I was responsible for meeting with opposing counsel.

5. Plaintiff's counsel was responsible for preparing the initial draft of the Joint Rule 26(f) Report, which they provided to us on July 14, 2021. In Plaintiff's email containing the Joint Rule 26(f) Report, Plaintiff's counsel requested that our office fill out the Schedule of Trial and Pretrial dates worksheet with Defendants' proposed dates for Plaintiff's review. I agreed to fill out the Schedule of Trial and Pretrial dates.

6. On July 15, 2021, I provided Plaintiff's counsel with our revisions to the Joint Rule 26(f) Report, and a draft of Exhibit A: Schedule of Pretrial and Trial Dates with the dates filled in.

/ / /

/ / /

7. On July 16, 2021, Plaintiff's counsel provided me with his proposed changes to our revisions of the Joint Rule 26(f) Report, as well as Plaintiff's revisions to the Exhibit A Schedule of Pretrial and Trial Dates. I agreed with Plaintiff's proposed dates for the Initial Expert Disclosure and Rebuttal Expert Disclosure.

8. Upon my information and belief, Plaintiff's counsel then filed the Joint Rule 26(f) Report and Exhibit A with the Court.

9. I am now aware that several of the dates the parties proposed in Exhibit A: Schedule of Pretrial and Trial Dates did not fall on a Monday, which was not compliant with the Court's instructions and requirements.

10. This was due to inadvertence. I apologize for this inadvertence and for the inconvenience that I caused the Court by this inadvertence. Moving forward, I will make sure to confirm that the Court's instructions, requirements, and Orders are followed, as well as make every effort to not make such mistakes.

11. I believe that Plaintiff was responsible for preparing the Report; however, both parties were responsible for ensuring the accuracy of the Report and Schedule and compliance with the Court's Order.

12. Plaintiff was responsible for filing the report. Plaintiff has represented to my office that he completed the Court's requirements as it relates to the filing and chambers copy requirements.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 28, 2021 at Costa Mesa, California.

*/s/ Nicole Naleway*
Nicole Naleway

# PROOF OF SERVICE
*Sean Sullivan v. Ashley Furniture, Industries, Inc., et al*
Case No. 5:21-cv-01053-DSF-SP

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 23, 2021, I served the following document(s):

**DECLARATION OF NICOLE NALEWAY REGARDING ORDER TO SHOW CAUSE RE SANCTIONS**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

47982823_1.docx

1
Case No. 5:21-cv-01053-DSF-SP
DECLARATION OF NICOLE NALEWAY REGARDING ORDER TO SHOW CAUSE RE SANCTIONS

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 28, 2021 at Costa Mesa, California.

*/s/ Lisa Hamusek*
Lisa Hamusek

# SERVICE LIST

| | |
|---|---|
| Alireza Alivandivafa, Esq.<br>1925 Century Park East, Suite 1990<br>Los Angeles, CA  90067<br>Telephone:  310-570-2238<br>Facsimile:  310-300-1015 | Attorneys for Plaintiff<br>Sean Sullivan |
| Azad M. Marvazy, Esq.<br>LIGHT LAW GROUP, APC<br>1925 Century Park East, Suite 1990<br>Los Angeles, CA  90067<br>Telephone:  424-241-3422<br>Facsimile:  424-273-8884 | Attorneys for Plaintiff<br>Sean Sullivan |

47982823.1

47982823_1.docx

3    Case No. 5:21-cv-01053-DSF-SP
DECLARATION OF NICOLE NALEWAY REGARDING ORDER TO SHOW CAUSE RE SANCTIONS